IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr29-MHT
                            )           (WO)
DAVID FOLEY GOODWIN, JR.    )
```

### ORDER

Upon consideration of the government's motion to strike (doc. no. 44) forfeiture allegations 1 and 2 from the superseding indictment (doc. no. 16), it is ORDERED that the motion is granted.

DONE, this the 9th day of August, 2017.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE