IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr29-MHT |
| | ) | (WO) |
| DAVID FOLEY GOODWIN, JR. | ) | |

## ORDER

In light of the filing of the superseding indictment (doc. no. 16), it is ORDERED that the motion to dismiss (doc. no. 48) the original indictment (doc. no. 1) is granted.

DONE, this the 31st day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**